**COM.**

v.

**LEWIS, D.**

**1673 WDA 2016**

Superior Court of Pennsylvania.

08/10/2017

Reargument Denied 10/20/2017

CP–02–CR–0008184–2010
(Allegheny)

Affirmed

**COM.**

v.

**ALI, M.**

**135 EDA 2017**

Superior Court of Pennsylvania.

08/11/2017

CP–51–CR–0000683–2008
(Philadelphia)

Affirmed

**U.S. BANK**

v.

**O'MEARA, D.**

**376 EDA 2017**

Superior Court of Pennsylvania.

08/11/2017

No. 2010–12931–RC (Chester)

Appeal Dismissed

**COM.**

v.

**COOKE, J.**

**450 MDA 2016**

Superior Court of Pennsylvania.

8/11/2017

CP–22–CR–0000936–2015
(Dauphin)

Affirmed